UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH JENKINS,<br><br>    Petitioner,<br><br>v.<br><br>GREGORY SKIPPER, *Warden*,<br><br>    Respondent. | Case No. 21-11152<br>Honorable Laurie J. Michelson |

## ORDER GRANTING RESPONDENT'S
## FOURTH MOTION TO HOLD PETITION IN ABEYANCE [24]

The Court has reviewed the Warden's fourth request to stay this case. (ECF No. 24.) For the reasons set forth in the motion, the Court grants a stay and will hold Jenkins' petition in abeyance until August 14, 2023. Once the prosecutor's motion is resolved, the Warden is to docket the latest judgment. Should the prosecutor's motion not be resolved by August 14, 2023, the Warden may seek a further stay. The Warden's brief will now be due August 14, 2023, and Jenkins' reply will be due October 14, 2023.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager, in the absence of
Erica Parkin
